# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2018

*The Court of Appeals hereby passes the following order:*

**A17A1636.  THE STATE v. GARDNER**

Pursuant to OCGA § 5-7-1 (a) (5), the State filed this pre-trial direct appeal from the trial court's order excluding evidence that the State sought by motion to use at the trial of Roddrick C. Gardner on charges that he violated provisions of OCGA § 40-6-391.

OCGA § 5-7-1 (a) (5) provides that:

> An appeal may be taken by and on behalf of the State of Georgia from the superior courts, state courts, and juvenile courts and such other courts from which a direct appeal is authorized to the Court of Appeals or the Supreme Court in criminal cases and adjudication of delinquency cases . . . [f]rom an order, decision, or judgment excluding any other evidence to be used by the state at trial on any motion filed by the state or defendant at least 30 days prior to trial and ruled on prior to the impaneling of a jury or the defendant being put in jeopardy, whichever occurs first, if: (A) Notwithstanding the provisions of Code Section 5-6-38, the notice of appeal filed pursuant to this paragraph is filed within two days of such order, decision, or judgment; and (B) The prosecuting attorney certifies to the trial court that such appeal is not taken for purpose of delay and that the evidence is a substantial proof of a material fact in the proceeding.

Nothing in the record shows that the State complied with the requirement for appeal set forth  in subsection (B) that "[t]he prosecuting attorney certifies to the trial court that such appeal is not taken for purpose of delay and that the evidence is a

substantial proof of a material fact in the proceeding." Accordingly, the State has failed to comply with the requirements for an appeal pursuant to OCGA § 5-7-1 (a) (5), and the appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/14/2018__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*